Paula A. Rasmussen (Cal. SBN 258352)
ramussen@hmnlaw.com
Charles Bracewell (Cal. SBN 284985)
bracewell@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorney for Plaintiff
KENNETH SNYDER


VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| KENNETH SNYDER, | Case No. 2:21-cv-01487-WBS-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE PRE-TRIAL DEADLINES; [PROPOSED] ORDER** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | Trial:    May 31, 2023 |
| Defendants. | |

WHEREAS,

The parties have been diligently conducting discovery and defendant's employee depositions are scheduled to occur over the next few weeks;

Defendant will be taking plaintiff's deposition in October;

Defense counsel are starting a new law firm on October 1, 2022 and will need to spend substantial amounts of time over the new few weeks getting that new firm up and running and transitioning their law practice from the current firm to the new firm;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff KENNETH SNYDER and Defendant UNION PACIFIC RAILROAD COMPANY to request that the Court modify certain pre-trial deadlines as follows.

The pre-trial deadlines are currently scheduled as follows [Doc 6]:

1. Expert Disclosure: September 9, 2022;
2. Rebuttal Expert Disclosures: October 11, 2022;
3. Discovery Deadline: November 10, 2022;
4. Motion Filing Deadline: January 13, 2023;
5. Pre-Trial Conference: March 27, 2023;
6. Trial Date: May 31, 2023;

The parties respectfully request the following new dates, or such other similar dates as are convenient for the Court.

1. Expert Disclosure: November 15, 2022;
2. Rebuttal Expert Disclosures: December 13, 2022;
3. Discovery Deadline: January 13, 2023;
4. Motion Filing Deadline: January 27, 2023;
5. Pre-Trial Conference: March 27, 2023 [unchanged];
6. Trial Date: May 31, 2023 [unchanged].

///

///

///

1   STIPULATION TO CONTINUE PRE-TRIAL DEADLINES; [PROPOSED] ORDER
CASE NO. 2:21-CV-01487-WBS-KJN

532067.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

| | | |
|---|---|---|
| 1 | DATED: September 6, 2022 | HILDEBRAND, McLEOD & NELSON, LLP |
| 3 | | By:/s/ *Charles Bracewell* |
| 4 | | PAULA A. RASMUSSEN<br>CHARLES BRACEWELL |
| 5 | | Attorneys for Plaintiff<br>KENNETH SNYDER |
| 8 | DATED: September 6, 2022 | UNION PACIFIC RAILROAD COMPANY |
| 10 | | By:/s/ *Alexei Offill-Klein* |
| 11 | | VINCENT CASTILLO<br>ALEXEI OFFILL-KLEIN |
| 12 | | Attorneys for Defendant<br>UNION PACIFIC RAILROAD COMPANY |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

STIPULATION TO CONTINUE PRE-TRIAL DEADLINES; [PROPOSED] ORDER
CASE NO. 2:21-CV-01487-WBS-KJN

532067.1

**ORDER**

Good cause appearing, the parties' Stipulation to Continue Pre-Trial Deadlines is APPROVED, and the scheduling order is hereby modified as set forth in the stipulation.

**IT IS SO ORDERED.**

Dated: September 6, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO CONTINUE PRE-TRIAL DEADLINES; [PROPOSED] ORDER
CASE NO. 2:21-CV-01487-WBS-KJN

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

532067.1