Paula A. Rasmussen, Esq., (Cal. SBN 258352)
rasmussen@hmnlaw.com
Charles S. Bracewell, Esq., (Cal. SBN 284985)
bracewell@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorneys for Plaintiff
KENNETH SNYDER

HILDEBRAND, McLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

KENNETH SNYDER,

PLAINTIFF,

vs.

UNION PACIFIC RAILROAD COMPANY, a corporation,

Defendant.

CASE NO.: 2:21-cv-01487 -WBS-KJN

**PLAINTIFF'S NOTICE OF SETTLEMENT OR OTHER DISPOSITION**

**TO THE COURT:**

Please take notice, Plaintiff hereby submits this Notice of Settlement to notify the Court that the parties have reached an agreement to resolve this action in its entirety. Plaintiff requests the Court retain jurisdiction until completion of settlement processing, and requests 60 days in which to file a dismissal of the entire action.

///

///

///

///

**DATED** this 6th day of October, 2022.

HILDEBRAND, McLEOD & NELSON, LLP

By: ______________________________

PAULA S. RASMUSSEN
Attorneys for Plaintiff
KENNETH SNYDER

HILDEBRAND, McLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

HILDEBRAND, MCLEOD & NELSON, LLP
350 FRANK H. OGAWA PLAZA, 4TH FLOOR
OAKLAND, CA 94612-2006
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

**PROOF OF SERVICE**

*Kenneth Snyder vs. Union Pacific Railroad Company*
*USDC Eastern District of California, Sacramento Division, Case No. 2:21-cv-01487*

I, EDDY MACLEOD, certify that on **October 6, 2022,** I served the attached:

**PLAINTIFF'S NOTICE OF SETTLEMENT OR OTHER DISPOSITION**

in said cause, by the method described below:

| | |
|---|---|
| Vincent Castillo<br>Alexei N. Offill-Klein<br>ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Fax: (415) 813-2045 | Attorneys for Union Pacific Railroad Company |

______ **BY OVERNIGHT DELIVERY:** I certify that I caused such envelope(s) or package(s) designated by **Federal Express** with delivery fees paid or provided and;

_____ deposited such envelope(s) or package(s) in a facility regularly maintained by the **Federal Express** courier;

_____ delivered such envelope(s) or packages to an authorized courier or driver authorized by **Federal Express** carrier to receive documents.

____ **FACSIMILE:** I certify that by use of facsimile machine telephone number 510-465-7023, I served a true copy of the above-entitled document(s), on the parties in said action by transmitting by facsimile machine to the numbers as set forth above, **with a copy of the original to follow**. I caused the machine to print a record of the fax transmission, a copy of which is attached to this Declaration.

__X__ **BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties that are registered users of the Court's Electronic Case Filing System.

______ **BY ELECTRONIC MAIL**: I hereby certify that I caused the above document(s) to be sent electronically to the following email addresses: vcastillo@aghwlaw.com; aklein@aghwlaw.com; ysanchez@aghwlaw.com

**PROOF OF SERVICE**

*Kenneth Snyder vs. Union Pacific Railroad Company*
*USDC Eastern District of California, Sacramento Division, Case No. 2:21-cv-01487*

Executed this **6th day of October 2022**, at Berkeley, California.

Pursuant to FRCP 5(b), I certify that I am an employee of Hildebrand, McLeod & Nelson, LLP, who are members of the bar of this court and at whose direction this service was made.

Eddy MacLeod

HILDEBRAND, MCLEOD & NELSON, LLP
350 FRANK H. OGAWA PLAZA, 4TH FLOOR
OAKLAND, CA 94612-2006
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023