VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:	(415) 213-4098

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO COURTHOUSE

| | |
|---|---|
| KENNETH SNYDER,<br><br>                      Plaintiff,<br><br>     v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>                      Defendants. | Case No. 2:21-cv-01487-WBS-KJN<br><br>**STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by plaintiff KENNETH SNYDER and Defendant UNION PACIFIC RAILROAD COMPANY, by and through their undersigned counsel, that the above-captioned action shall be dismissed in its entirety with prejudice.

Each party shall bear their own costs, expenses, and attorney's fees.

DATED:  November 28, 2022						HILDEBRAND, McLEOD & NELSON, LLP


By: */s/ Paul Rasmussen*
PAULA A. RASMUSSEN
Attorneys for Plaintiff
KENNETH SNYDER


DATED: November 28, 2022						CASTILLO, MORIARTY, TRAN & ROBINSON LLP


By: */s/ Vincent Castillo*
VINCENT CASTILLO
ALEXEI OFFILL-KLEIN
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# [PROPOSED] ORDER

Based upon the stipulation of Plaintiff Kenneth Snyder and Defendant Union Pacific Railroad Company, the Court hereby orders the dismissal of the entire action with prejudice, with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: _____     By: _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE