1  VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
2  ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@cmtrlaw.com
3  CASTILLO, MORIARTY, TRAN & ROBINSON LLP
75 Southgate Avenue
4  Daly City, CA  94015
Telephone:      (415) 213-4098
5
Attorneys for Defendant
6  UNION PACIFIC RAILROAD COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO COURTHOUSE

11  KENNETH SNYDER,                          Case No. 2:21-cv-01487-WBS-KJN

12                    Plaintiff,             **STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE AND ORDER**

13         v.

14  UNION PACIFIC RAILROAD
COMPANY, a corporation,

15

16                    Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF
ACTION AND ORDER
CASE NO. 2:21-CV-01487-WBS-KJN

CASTILLO MORIARTY TRAN & ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1    IT IS HEREBY STIPULATED AND AGREED by plaintiff KENNETH SNYDER and

2    Defendant UNION PACIFIC RAILROAD COMPANY, by and through their undersigned

3    counsel, that the above-captioned action shall be dismissed in its entirety with prejudice.

4        Each party shall bear their own costs, expenses, and attorney's fees.

5

6    DATED:  November 28, 2022          HILDEBRAND, McLEOD & NELSON, LLP

7

8                        By: */s/ Paul Rasmussen*
                        PAULA A. RASMUSSEN
9                        Attorneys for Plaintiff
10                       KENNETH SNYDER

11

12   DATED: November 28, 2022          CASTILLO, MORIARTY, TRAN &
                                       ROBINSON LLP
13

14                       By: */s/ Vincent Castillo*
15                       VINCENT CASTILLO
                        ALEXEI OFFILL-KLEIN
16                       Attorneys for Defendant
                        UNION PACIFIC RAILROAD COMPANY
17

18

19

20

21

22

23

24

25

26

27

28

CASTILLO MORIARTY TRAN & ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1    STIPULATION FOR DISMISSAL OF
     ACTION AND ORDER
     CASE NO. 2:21-CV-01487-WBS-KJN

CASTILLO MORIARTY TRAN & ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1

## ORDER

2    Based upon the stipulation of Plaintiff Kenneth Snyder and Defendant Union Pacific

3  Railroad Company, the Court hereby orders the dismissal of the entire action with prejudice, with

4  each side to bear its own costs and fees.

5

6  **IT IS SO ORDERED.**

7

8  Dated:  November 28, 2022

WILLIAM B. SHUBB
9                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2    STIPULATION FOR DISMISSAL OF
     ACTION AND ORDER
     CASE NO. 2:21-CV-01487-WBS-KJN